The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MYRON "MIKE" KREIDLER, et al.,<br><br>Defendants. | NO. 3:19-cv-05181-BHS<br><br>ORDER GRANTING PARTIES' MOTION TO SET AGREED BRIEFING SCHEDULE |

Upon consideration of the Parties' Joint Motion to Set Briefing Schedule and for good cause shown, IT IS ORDERED that the Parties' stipulated briefing schedule is hereby approved by the Court. The Parties shall submit their planned filings by the following deadlines:

| | |
|---|---|
| Plaintiff's Motion for Preliminary Injunction | September 13, 2019 |
| Defendants' Motion to Dismiss and Opposition to Plaintiff's Motion for Preliminary Injunction | October 4, 2019 |
| Plaintiff's Opposition to Motion to Dismiss and Reply in support of Motion for Preliminary Injunction | October 25, 2019 |

ORDER GRANTING PARTIES' AGREED BRIEFING SCHEDULE
NO. 3:19-cv-05181-BHS

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

| | | |
|---|---|---|
| 1 | Defendants' Reply in support of Motion to Dismiss | November 8, 2019 |
| 2 | Noting Date | |
| 3 | | November 15, 2019 |

It is SO ORDERED.

DATED this 28 day of August, 2019.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

/s/ Jeffrey T. Sprung
JEFFREY T. SPRUNG, WSBA #23607
PAUL M. CRISALLI, WSBA #40681
MARTA DELEON, WSBA #35779
JOYCE A. ROPER, WSBA #11322
Assistant Attorneys General
Attorneys for Defendants

ORDER GRANTING
PARTIES' AGREED BRIEFING
SCHEDULE
NO. 3:19-cv-05181-BHS

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(206) 464-7744