1

Honorable Benjamin H. Settle

2

3

4

5

6                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
7                                  AT TACOMA

8   CEDAR PARK ASSEMBLY OF GOD OF        )    Civil No. 3:19-cv-05181
    KIRKLAND, WASHINGTON,                )
9                                        )        **SUPPLEMENTAL**
              Plaintiff,                 )    **VERIFIED COMPLAINT**
                                         )    **FOR INJUNCTIVE AND**
10                                       )    **DECLARATORY RELIEF**
         v.                              )
11                                       )
    MYRON "MIKE" KREIDLER, in his official )
12  capacity as Insurance Commissioner for the State )
    of Washington; JAY INSLEE, in his official )
13  capacity as Governor of the State of Washington, )
                                         )
14            Defendants.                )

15        Plaintiff, Cedar Park Assembly of God of Kirkland, Washington, by and through its

16   undersigned attorneys, files this Complaint for Injunctive and Declaratory Relief against the

17   Defendants, in their official capacities, and alleges as follows:

18                             **INTRODUCTION**

19        1.      Paragraphs 1 through 3 of Plaintiff's Second Amended Verified Complaint (ECF

20   No. 46), with paragraph numbers, are adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

21                            **NATURE OF THE CASE**

22        2.      Paragraphs 4 through 8 of Plaintiff's Second Amended Verified Complaint, with

23   paragraph numbers, are adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

24

SUPPLEMENTAL                           1        ALLIANCE DEFENDING FREEDOM
VERIFIED COMPLAINT 3:19-cv-05181                     15100 N. 90th Street
                                                   Scottsdale, Arizona 85260
                                                       (480) 444-0020

## JURISDICTION AND VENUE

9.     Paragraphs 9 through 14 of Plaintiff's Second Amended Verified Complaint, with paragraph numbers, are adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

## PARTIES

15.     Paragraphs 15 through 17 of Plaintiff's Second Amended Verified Complaint, with paragraph numbers, are adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

## FACTS

**Cedar Park Assembly of God**

18.     Paragraphs 18 through 23 of Plaintiff's Second Amended Verified Complaint, with paragraph numbers, are adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

**Cedar Park's Beliefs Regarding the Sanctity of Human Life and Abortion**

24.     Paragraphs 24 through 38 of Plaintiff's Second Amended Verified Complaint, with paragraph numbers, are adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

**Cedar Park's Employer-Sponsored Health Insurance**

39.     Paragraphs 39 through 48 of Plaintiff's Second Amended Verified Complaint, with paragraph numbers, are adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

48.1.   On August 14, 2019, Cedar Park was informed that its insurance provider, Kaiser Permanente, would require Cedar Park to include abortion coverage in its health care plan set to renew on September 1, 2019. Due to the late notice from Kaiser and the Church's commitment to care for its employees through the continuity of health care coverage, Cedar Park made the decision to renew its insurance plan, and did so under protest.

48.2    Kaiser Permanente has stated that it will not be accommodating any abortion exclusions to fully insured groups, including Cedar Park. Kaiser therefore will not permit Cedar Park to invoke the limited religious exemption in RCW § 48.43.065, which allows Cedar Park to

SUPPLEMENTAL
VERIFIED COMPLAINT 3:19-cv-05181

2

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020

refuse to directly provide coverage for abortion or abortifacient contraceptives (but still allows the insurer to charge Cedar Park a separate premium or fee for the objectionable coverage).

48.3    Kaiser Permanente will change the Church's plan mid-year to eliminate coverage of abortion if SB 6219 is enjoined.

**Senate Bill 6219**

49.    Paragraphs 49 through 58 of Plaintiff's Second Amended Verified Complaint, with paragraph numbers, are adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

**RCW § 48.43.065**

59.    Paragraphs 59 through 76 of Plaintiff's Second Amended Verified Complaint, with paragraph numbers, are adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

**The Effect of SB 6219 on Cedar Park**

77.    Paragraphs 77 through 89 of Plaintiff's Second Amended Verified Complaint, with paragraph numbers, are adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

## COUNT I

### Violation of the Free Exercise Clause of the
### First Amendment to the United States Constitution

90.    Plaintiff realleges all matters set forth in paragraphs 1–89 and incorporates them herein.

91.    Paragraphs 91 through 134 of Plaintiff's Second Amended Verified Complaint, with paragraph numbers, are adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

## COUNT II

### Violation of the Equal Protection Clause of the
### Fourteenth Amendment to the United States Constitution

135.    Plaintiff realleges all matters set forth in paragraphs 1–89 and incorporates them herein.

SUPPLEMENTAL
VERIFIED COMPLAINT 3:19-cv-05181

3

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020

136.    Paragraphs 136 through 148 of Plaintiff's Second Amended Verified Complaint, with paragraph numbers, are adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

## COUNT III

### Violation of the Establishment Clause of the First Amendment to the United States Constitution

149.    Plaintiff realleges all matters set forth in paragraphs 1–89 and incorporates them herein.

150.    Paragraphs 150 through 160 of Plaintiff's Second Amended Verified Complaint, with paragraph numbers, are adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

## COUNT IV

### Violation of Religious Autonomy Guaranteed by the Religious Clauses of the First Amendment to the United States Constitution

161.    Plaintiff realleges all matters set forth in paragraphs 1–89 and incorporates them herein.

162.    Paragraphs 162 through 172 of Plaintiff's Second Amended Verified Complaint, with paragraph numbers, are adopted here pursuant to Fed. R. Civ. P. 10(b) and 10(c).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that:

A)    This Court render a Declaratory Judgment, adjudging and declaring that SB 6219 and RCW § 48.43.065 violate the First and Fourteenth Amendments to the United States Constitution, facially and as applied to Cedar Park;

B)    This Court enter an injunction preliminarily and permanently enjoining Defendants and their agents from enforcing SB 6219, facially and as applied to Cedar Park;

C)    This Court enter an injunction preliminarily and permanently enjoining Defendants and their agents from applying RCW § 48.43.065 to Cedar Park and other similar religious organizations in a discriminatory manner;

SUPPLEMENTAL
VERIFIED COMPLAINT 3:19-cv-05181

4

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020

1    D)    This Court issue the requested injunctive relief without a condition of bond or other

2    security being required of Cedar Park;

3    E)    This Court award Plaintiff attorney fees and costs against the Defendants under 42

4    U.S.C. § 1988, and any other applicable statute; and

5    F)    This Court award such other and further relief as it deems equitable and just.

6

7    Respectfully submitted this 3rd day of October 2019,

8    By: *s/Kevin H. Theriot*
     Kristen K. Waggoner (WSBA #27790)

9    Kevin H. Theriot (AZ Bar #030446)*
     Elissa M. Graves (AZ Bar #030670)*

10   ALLIANCE DEFENDING FREEDOM
     15100 N. 90th Street

11   Scottsdale, Arizona 85260
     Telephone: (480) 444-0020

12   Facsimile: (480) 444-0025
     Email: kwaggoner@adflegal.org

13           ktheriot@adflegal.org
             egraves@adflegal.org

14   David A. Cortman (GA Bar #188810)*

15   Alliance Defending Freedom
     1000 Hurricane Shoals Rd. NE

16   Suite D-1100
     Lawrenceville, GA 30040

17   Telephone: (770) 339-0774
     Email: dcortman@adflegal.org

18   *Counsel for Plaintiff*

19   * Admitted *pro hac vice*

20

21

22

23

24

SUPPLEMENTAL
VERIFIED COMPLAINT 3:19-cv-05181

5

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020

1

## <u>CERTIFICATE OF SERVICE</u>

2     I hereby certify that on October 3, 2019, I electronically filed the foregoing document with

3     the Clerk of Court using the CM/ECF system, which will send notification of such filing to the

4     following:

5                                    Jeffrey Todd Sprung
                                     Paul M. Crisalli
6                                    ATTORNEY GENERAL'S OFFICE
                                     800 5th Ave
7                                    Ste 2000
                                     Seattle, WA 98104
8
                                     Joyce A Roper
9                                    ATTORNEY GENERAL'S OFFICE
                                     PO Box 40109
10                                   Olympia, WA 98504

11                                   Marta U DeLeon
                                     ATTORNEY GENERAL'S OFFICE
12                                   PO Box 40100
                                     Olympia, WA 98504
13                                   *Counsel for Defendants*

14

15    DATED: October 3, 2019         *s/Kevin H. Theriot*
                                     Kristen K. Waggoner (WSBA #27790)
16                                   Kevin H. Theriot (AZ Bar #030446)*
                                     Elissa M. Graves (AZ Bar #030670)*
17                                   ALLIANCE DEFENDING FREEDOM
                                     15100 N. 90th Street
18                                   Scottsdale, Arizona 85260
                                     Telephone: (480) 444-0020
19                                   Facsimile:  (480) 444-0025
                                     Email: kwaggoner@adflegal.org
20                                          ktheriot@adflegal.org
                                            egraves@adflegal.org
21
                                     David A. Cortman (GA Bar #188810)*
22                                   ALLIANCE DEFENDING FREEDOM
                                     1000 Hurricane Shoals Rd. NE
23                                   Suite D-1100
                                     Lawrenceville, GA 30040
24                                   Telephone: (770) 339-0774

Email: dcortman@adflegal.org
*Attorneys for Plaintiff Cedar Park Assembly of God
of Kirkland, Washington*

* Admitted *pro hac vice*

SUPPLEMENTAL
VERIFIED COMPLAINT 3:19-cv-05181

7

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

### DECLARATION UNDER PENALTY OF PERJURY

I hereby declare under penalty of perjury, including pursuant to 28 U.S.C. § 1746, that the foregoing factual allegations are true and correct.

Executed on this ___2___ day of October 2019 in the United States.

Jason "Jay" Smith

Senior Pastor, Cedar Park Assembly of God of Kirkland, Washington

SUPPLEMENTAL
VERIFIED COMPLAINT 3:19-cv-05181