The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MYRON "MIKE" KREIDLER, et al.,<br><br>Defendants. | NO. 3:19-cv-05181-BHS<br><br>DECLARATION OF PAUL M. CRISALLI IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S RENEWED MOTION TO DISMISS<br><br>NOTED: NOVEMBER 15, 2019 |

I, Paul M. Crisalli, declare as follows:

1. I am over the age of eighteen years old, am otherwise competent to testify, and have personal knowledge of the information in my Declaration.

2. I am an Assistant Attorney General with the Washington State Attorney General's Office and counsel of record for Defendants in this matter.

3. Attached hereto as Exhibit A is a true and correct copy of a Press Release issued by Washington's Office of Insurance Commissioner on September 19, 2019.

I declare under penalty of perjury and the laws of the State of Washington that the foregoing is true and correct.

DECLARATION OF PAUL M. CRISALLI
NO. 3:19-cv-05181

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1  DATED this 4th day of October, 2019 at Seattle, Washington.

2

3  /s/ Paul M. Crisalli
   PAUL M CRISALLI
   Assistant Attorney General

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification of such filing to the following:

Kristen K. Waggoner
Kevin H. Theriot
Elissa M. Graves
Alliance Defending Freedom
15100 N 90th Street
Scottsdale, AZ 85260
KWaggoner@adflegal.org
KTheriot@adflegal.org
EGraves@adflegal.org
*Attorneys for Plaintiff*

David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville, GA  30040
DCortman@adflegal.org
*Attorney for Plaintiff*

DATED this 4th day of October, 2019, at Seattle, Washington.

*/s/ Paul M. Crisalli*
Paul M. Crisalli WSBA # 40681
Assistant Attorney General

DECLARATION OF PAUL M. CRISALLI
NO. 3:19-cv-05181

3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA  98104-3188
(206) 464-7744