UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 13 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>MYRON KREIDLER, in his official capacity as Insurance Commissioner for the State of Washington, AKA Mike Kreidler and JAY ROBERT INSLEE, in his official capacity as Governor of the State of Washington,<br><br>    Defendants - Appellees. | No. 20-35507<br><br>D.C. No. 3:19-cv-05181-BHS<br>U.S. District Court for Western Washington, Tacoma<br><br>**MANDATE** |

The judgment of this Court, entered July 22, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $219.60.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol
Deputy Clerk
Ninth Circuit Rule 27-7