Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>MYRON "MIKE" KREIDLER, in his official capacity as Insurance Commissioner for the State of Washington; JAY INSLEE, in his official capacity as Governor of the State of Washington,<br><br>    Defendants. | Civil No. 3:19-cv-05181<br><br>**JOINT MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES**<br><br>**NOTING DATE: July 22, 2022** |

The parties respectfully move this Court to continue the trial date, as well as deadlines for motions in limine, agreed pretrial order, pretrial conference, and trial briefs until the anticipated Motions for Summary Judgment have been resolved, and in support thereof state as follows:

1.    The Parties' recent Joint Motion to Extend Discovery Deadlines and resulting Court Order granting it failed to account for the Order Setting Bench Trial and Pretrial Dates (ECF No. 76).

2.    The Parties anticipate filing Motions for Summary Judgment on or before December 16, 2022. The Bench Trial is currently set to start on November 15, 2022.

3.    The parties are not making this motion for the purpose of delay, and no party will be prejudiced if the Court grants this motion.

JOINT MOTION TO CONTINUE
TRIAL AND PRETRIAL DEADLINES

1

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020

1

Respectfully submitted this 22nd day of July, 2022,

2

*s/ Paul M. Crisalli*
Paul M. Crisalli, WSBA #40681

*s/Kevin H. Theriot*
Kevin H. Theriot (AZ Bar #030446)*

3

Jeffrey T. Sprung, WSBA #23607
Marta Deleon, WSBA #35779

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street

4

Assistant Attorneys General
ATTORNEY GENERAL OF WASHINGTON

Scottsdale, Arizona 85260
Telephone: (480) 444-0020

5

800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188

Facsimile:  (480) 444-0025
Email: ktheriot@adflegal.org

6

7

Robert W. Ferguson
Attorney General

David A. Cortman (GA Bar #188810)*
ALLIANCE DEFENDING FREEDOM

8

*Attorneys for Defendants*

1000 Hurricane Shoals Rd. NE
Suite D-1100

9

Lawrenceville, GA 30040
Telephone: (770) 339-0774

10

Email: dcortman@adflegal.org

11

12

*Attorneys for Plaintiff Cedar Park Assembly of God of Kirkland, Washington*
* Admitted *pro hac vice*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION TO CONTINUE
TRIAL AND PRETRIAL DEADLINES

2

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Jeffrey Todd Sprung
Paul M. Crisalli
ATTORNEY GENERAL'S OFFICE
800 5th Ave
Ste 2000
Seattle, WA 98104

Marta U. DeLeon
ATTORNEY GENERAL'S OFFICE
PO Box 40100
Olympia, WA 98504
*Counsel for Defendants*

DATED: July 22, 2022          *s/Kevin H. Theriot*
Kevin H. Theriot (AZ Bar #030446)*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0025
Email: ktheriot@adflegal.org

*Attorney for Plaintiff Cedar Park Assembly of God of Kirkland, Washington*

* Admitted *pro hac vice*

JOINT MOTION TO CONTINUE
TRIAL AND PRETRIAL DEADLINES

3

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020