Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> MYRON "MIKE" KREIDLER, in his official capacity as Insurance Commissioner for the State of Washington; JAY INSLEE, in his official capacity as Governor of the State of Washington, <br><br> Defendants. | Civil No. 3:19-cv-05181 <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** <br><br> **NOTING DATE: NOVEMBER 8, 2022** |

THIS MATTER, having come before the Court on the Parties' Motion to Extend Discovery and Dispositive Motion Deadlines, Dkt. 86, and the Court having reviewed the foregoing Motion, the Court orders the following:

ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES

1

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020

**ORDER**

1. The deadline to complete discovery is now November 30, 2022.

2. The deadline to file dispositive motions is now January 31, 2023.

IT IS SO ORDERED.

DATED this 10th day of November, 2022.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/Kevin H. Theriot*
Kevin H. Theriot (AZ Bar #030446)*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Facsimile:  (480) 444-0025
Email: ktheriot@adflegal.org

David A. Cortman (GA Bar #188810)*
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville, GA 30040
Telephone: (770) 339-0774
Email: dcortman@adflegal.org

*Attorneys for Plaintiff Cedar Park Assembly of God of Kirkland, Washington*
* Admitted *pro hac vice*