Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> MYRON "MIKE" KREIDLER, in his official capacity as Insurance Commissioner for the State of Washington; JAY INSLEE, in his official capacity as Governor of the State of Washington, <br><br> Defendants. | Civil No. 3:19-cv-05181 <br><br> **ORDER GRANTING JOINT MOTION TO EXTEND RENEWED MOTION TO DISMISS AND DISPOSITIVE MOTION DEADLINES** <br><br> **NOTING DATE: JANUARY 11, 2023** |

THIS MATTER, having come before the Court on the Parties' Joint Motion to Extend Renewed Motion to Dismiss and Dispositive Motion Deadlines, and the Court having reviewed the foregoing Motion, orders the following:

**ORDER**

1. The deadline for Plaintiff to respond to Defendants' Renewed Motion to Dismiss (ECF No. 88) is now February 6, 2023.
2. The deadline for Defendants to file a reply in support of their Renewed Motion to Dismiss is now February 17, 2023, which becomes the noting date of the motion.
3. The deadline to file dispositive motions is now March 9, 2023.
4. The deadline to respond to dispositive motions is now March 31, 2023.
5. The deadline to reply to dispositive motions is now April 7, 2023.

IT IS SO ORDERED.

DATED this 12th day of January, 2023.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/Kevin H. Theriot*
Kevin H. Theriot (AZ Bar #030446)*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Facsimile:  (480) 444-0025
Email: ktheriot@adflegal.org

David A. Cortman (GA Bar #188810)*
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville, GA 30040
Telephone: (770) 339-0774
Email: dcortman@adflegal.org

*Attorneys for Plaintiff Cedar Park Assembly of God of Kirkland, Washington*
* Admitted *pro hac vice*