# Exhibit 3

APPEAL NO. 20-35507

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON,

*Plaintiff-Appellant,*

v.

MYRON "MIKE" KREIDLER, in his official capacity as Insurance Commissioner for the State of Washington; JAY INSLEE, in his official capacity as Governor of the State of Washington,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Western District of Washington
Civil Case No. 3:19-cv-05181 (BHS)
The Honorable Benjamin H. Settle

**DECLARATION OF JAMI M. HANSEN IN SUPPORT OF PLAINTIFF-APPELLANT'S MOTION TO SUPPLEMENT THE RECORD**

John J. Bursch
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
Tel: (202) 393-8690
jbursch@ADFlegal.org

Rory T. Gray
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd NE,
Suite D-1100
Lawrenceville, GA 30043
Tel: (770) 339-0774
rgray@ADFlegal.org

Kevin H. Theriot
Elissa M. Graves
ALLIANCE DEFENDING FREEDOM
15100 North 90th Street
Scottsdale, Arizona 85260
Tel: (480) 444-0020

*Attorneys for Plaintiff-Appellant*

Jami M. Hansen, upon oath and affirmation, hereby deposes and says:

1. I have personal knowledge of all the facts in this declaration.
2. I am the Vice President for Arthur J. Gallagher & Co.'s Health and Welfare Consulting Services in the Seattle area.
3. For the last 30 years I've consulted with HR and C-Suite Executives across multiple verticals and industries. I help my clients create strategic total reward plans that reflect their culture and values.
4. I have expertise in aligning an employer's corporate strategy with their people strategy resulting in a comprehensive benefits program.
5. As Area VP of Gallagher's Health and Welfare Consulting team, I identify risk decision points, so our clients can determine an appropriate health insurance plan and reduce the risk from fines, penalties, lawsuits and audits.
6. I help organizations like Cedar Park Assembly of God design, implement and manage a cost-effective benefits program that is structured to reduce costs, improve workforce productivity,

1

educate employees, mitigate risk and help them attract, retain and develop top talent.

7. I have consulted with Cedar Park to implement and manage its employee benefits program for 11 years and am have extensive knowledge of their health care insurance plan needs and coverages.

8. On or about June 1, 2020, I contacted Debby Kemp, account executive for Providence Health Plan, on Cedar Park's behalf.

9. I told Ms. Kemp that Cedar Park is interested in any group health plans that do not cover abortions and abortifacients because Cedar Park has strong biblical beliefs prohibiting its participation in plans including those benefits.

10. I also asked Ms. Kemp if Providence offers those plans in the two counties where Cedar Park operates: King and Snohomish.

11. On June 6, 2020, Ms. Kemp informed me that it does not offer a group health plan that excludes abortion and abortifacients where Cedar Park is located. *See* Exhibit A.

12. Providence does offer a self-funded plan in King County but that is not a viable option for Cedar Park. It is cost prohibitive and

2

would not meet the needs of several of its employees and their beneficiaries who have ongoing serious illnesses.

13. I hereby declare under penalty of perjury, including pursuant to 28 U.S.C. § 1746, that the foregoing factual allegations are true and correct.

Executed on June 13, 2020, in Bellevue, Washington.

*Jami M. Hansen*
Jami M. Hansen

## Exhibit A

**From:** Kemp, Debra <debra.kemp@providence.org>
**Sent:** Saturday, June 6, 2020 1:07 PM
**To:** Jami Hansen <Jami_Hansen@AJG.com>
**Subject:** Jamie to Prov email Providence Columbia Type of Plan for Cedar Park Church?

[EXTERNAL]

Good Afternoon Jami,

Thank you for your patience, I did just hear back from our individual product team. **We don't have plans at this time to expand into King Co WA for Individual.** We are always evaluating our products and areas of expansion. As we begin to formulate our 2022 offerings we will review the input that your client has provided. Our fully insured group offerings are also evaluated annually and **there are no current plans to expand into the service areas your client has mentioned** however we do offer self-funding arrangements.

Thank you again Jami for your patience; I hope you enjoy a nice weekend.

Stay Safe, Be Well,

Debby

**Debby Kemp | Account Executive**
o : 503-574-7650 | c: 503-317-3798
Providence Health Plan
4400 NE Halsey St., Building 2, Suite 690
Portland, OR 97213
+ + + +



We all deserve True Health
PROVIDENCE Health Plan

Request to quote for large groups can now be sent to: PHPLrglGrpQuotesPtld@providence.org

*Please follow the links in our website's banner for the most current Coronavirus (COVID-19) Advisory and Providence Health Plan's medical benefit coverage and resources for members impacted by COVID-19.*

4