WAWD – Praecipe (Revised 6/2021)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON,<br><br>　　　　　　　　　　Plaintiff(s),<br>　v.<br>MYRON "MIKE" KREIDLER, et. al.,<br><br>　　　　　　　　　　Defendant(s). | CASE NO. 3:19-cv-05181-BHS<br><br>PRAECIPE |

　　To the Clerk of the above-entitled court:
　　You will please:

Please substitute the attached Declaration of Steven Orcutt for the one filed on February 6, 2023, ECF No. 93-6. Mr. Orcutt realized after the filing that there were errors in the numbers provided in ¶ 25, which has been corrected to read: "Although Cigna bid a level-funded plan for the 2019-20 plan year that was $2,933 cheaper than Kaiser Permanente's fully funded plan, it raised the level-funded cost in its 2020-21 bid by $227,544 (24.9%). That made it $41,833 more expensive than Kaiser's 2020-21 fully insured bid."

　　2/8/2023　　　　　　　　s/ Kevin H. Theriot
　　　Dated　　　　　　　　　　Sign or use an "s/" and your name

　　　　　　　　　　Kevin H. Theriot (AZ Bar #030446) Alliance Defending Freedom
　　　　　　　　　　15100 N. 90th Street, Scottsdale, Arizona 85260
　　　　　　　　　　Telephone: (480) 444-0020 Email: ktheriot@adflegal.org

　　　　　　　　　　　　　　　Name, Address, and Phone number of Counsel or Pro Se

PRAECIPE - 1