UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>MYRON KREIDLER and JAY INSLEE,<br><br>　　　　　　　　Defendants. | CASE NO. C19-5181 BHS<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court on Defendants Myron Kreidler and Jay Inslee's Motion to Shorten Time to Hear Motion to Extend the Dispositive Motion Filing Deadline, Dkt. 97. In their underlying motion to extend, Defendants seek three weeks after the Court rules on their currently pending motion to dismiss to file a motion for summary judgment. Dkt. 98. The current dispositive motion deadline is March 9, 2023. Dkt. 91.

Defendants filed this motion to shorten time rather than meeting and conferring with Plaintiff Cedar Park Assembly of God. The Court does not typically grant motions

ORDER - 1

to shorten time; however, the Court recognizes that extending the dispositive motion deadline in this case would be in the interest of judicial efficiency.

Therefore, Cedar Park is **ORDERED to SHOW CAUSE in writing** by March 3, 2023, why the Court should not extend the dispositive motion deadline to three weeks after the Court rules on Defendants' pending motion to dismiss. Defendants' Motion to Shorten Time, Dkt. 97, is, to that extent, **GRANTED**.

Dated this 1st day of March, 2023.

BENJAMIN H. SETTLE
United States District Judge