The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MYRON "MIKE" KREIDLER, et al.,<br><br>　　　　　　　Defendants. | NO. 3:19-cv-05181-BHS<br><br>NOTICE OF WITHDRAWAL OF COUNSEL<br><br>**(CLERK'S ACTION REQUIRED)** |

TO:　　　　CLERK OF THE ABOVE-ENTITLED COURT

AND TO:　　COUNSEL FOR PLAINTIFF

　　　PLEASE TAKE NOTICE that JEFFREY T. SPRUNG, Assistant Attorney General, hereby withdraws as counsel for Defendants Myron "Mike" Kreidler, in his official capacity as Insurance Commissioner for the State of Washington, and Jay Inslee, in his official capacity as Governor of the State of Washington, in the above-entitled action, effective immediately. All future correspondent should be directed to Defendants' remaining counsel of record, Assistant Attorney General PAUL M. CRISALLI and Senior Assistant Attorney General MARTA DeLEON.

NOTICE OF WITHDRAWAL OF
COUNSEL -- NO. 3:19-cv-05181-BHS

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

DATED this 3rd day of March 2023.

ROBERT W. FERGUSON
Attorney General

/s/ Paul M. Crisalli
PAUL M. CRISALLI, WSBA #40681
Assistant Attorney General
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744
Paul.Crisalli@atg.wa.gov

MARTA DELEON, WSBA #35779
Senior Assistant Attorney General
Government Compliance & Enforcement Division
1125 Washington Street SE
Olympia, WA  98504-0100
(360) 664-9006
Marta.Deleon@atg.wa.gov
*Attorneys for Defendants*

NOTICE OF WITHDRAWAL OF COUNSEL -- NO. 3:19-cv-05181-BHS

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744