# Exhibit 1

                                            Melissa Knauss <melissa.k@cedarpark.org>

## Objected Coverage Logistics
2 messages

---

**Melissa Knauss** <melissa.k@cedarpark.org>                                Thu, Aug 8, 2019 at 11:11 AM
To: Jami Hansen <Jami_Hansen@ajg.com>
Cc: Steve Orcutt <steve.o@cedarpark.org>, Melinda Hansen <melinda_hansen@ajg.com>

Hi Jami,

I have two important questions regarding objected coverages:

1.)  For companies that have gone with the option for the carrier to cover contraceptives +, how does this work on the user/employee side.  For instance, does the employee still present the medical center/hospital with the same insurance card or do they have a different card they use?

2.)  For companies that have gone with the option for the carrier to cover contraceptives +, can you confirm that the cost of the services/prescriptions the carrier is covering are excluded from the Deductible Met amount and are therefore ineligible for HRA reimbursements by that company?

All the best,



---

**Jami Hansen** <Jami_Hansen@ajg.com>                                     Thu, Aug 8, 2019 at 12:23 PM
To: Melissa Knauss <melissa.k@cedarpark.org>
Cc: Steve Orcutt <steve.o@cedarpark.org>, Melinda Hansen <Melinda_Hansen@ajg.com>

Hi Melissa!

On question #1 there wouldn't be different ID Cards.  It would work the same way and is an internal process.  On question #2 if it's covered at 100% the deductible and HRA wouldn't apply.

Let me know if you have any additional questions.

Jami Hansen
Area Vice President
Arthur J Gallagher
425-891-1325


On Aug 8, 2019, at 11:11 AM, Melissa Knauss <melissa.k@cedarpark.org> wrote:

> [EXTERNAL]

[Quoted text hidden]

Cedar Park 000294