# Exhibit 2

**From:** Steve Orcutt <steve.o@cedarpark.org>
**Date:** August 14, 2019 at 1:21:56 PM PDT
**To:** Jami Hansen <Jami_Hansen@ajg.com>
**Cc:** Melinda Hansen <Melinda_Hansen@ajg.com>, "melissa.k@cedarpark.org" <melissa.k@cedarpark.org>
**Subject: Re: Kaiser**

[EXTERNAL]

I understand that the final implementation rules for SSB 6219 have not yet been released. If an exception is made for churches or houses of worship such as Cedar Park to allow exclusion of abortions, will Cedar Park be able to exclude that coverage immediately during the Sept 1, 2019 to Aug 31, 2020 Plan Year? Or will we need to wait until renewal on Sept 1, 2020? Thanks. Steve.

On Wed, Aug 14, 2019 at 1:00 PM Jami Hansen <Jami_Hansen@ajg.com> wrote:

> We just received an update from Kaiser:
>
> **Contraceptives**
>
> Currently while we do cover contraceptives outside the contracts for Moral Objectors, that is required by law (Nationally). That waiver provision is currently being challenged in the courts.
>
> **Abortion Exclusion for Fully Insured Groups:**
>
> KP will not be accommodating any abortion exclusions for fully insured groups. Upon review of SSB 6219, fully insured health plans issued after 1/1/2019 that cover maternity care or services must cover substantially equivalent coverage for abortion.
>
> **Self-Funded**
>
> KP leadership has provided exception for the following: any religious groups

2

opposing the abortion exclusion may go self-funded (even if they did not previously meet size requirements). Self-funded groups may carve out abortion.

Let me know if you have any questions.

Jami Hansen

Area Vice President

Arthur J Gallagher

425-891-1325

**NOTICE TO RECIPIENT:**  If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.  If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them.  Thank you.

Update:

**Contraceptives**

Currently while we do cover contraceptives outside the contracts for Moral Objectors, that is required by law (Nationally). That waiver provision is currently being challenged in the courts.

**Abortion Exclusion for Fully Insured Groups:**

KP will not be accommodating any abortion exclusions for fully insured groups. Upon review of SSB 6219, fully insured health plans issued after 1/1/2019 that cover maternity care or services must cover substantially equivalent coverage for abortion.

**Self-Funded**

KP leadership has provided exception for the following: any religious groups opposing the abortion exclusion may go self-funded (even if they did not previously meet size requirements). Self-funded groups may carve out abortion.

We realize that Cedar Park may not want to go self-funded, if that is the case we do understand they may choose to switch carriers to accommodate for their abortion request, as KP cannot accommodate the abortion exclusion on fully insured groups.

Please let me know what the group prefers to do.

**Nicole Nieswand (Gomez)**

Account Manager II, Large Group Sales

**Kaiser Foundation Health Plan of Washington**

601 Union Street, Suite 3100

Seattle, WA 98101

**Office**: 206-448-2845

**Cell**  206-218-6395

**Email**  Nicole.M1.Gomez@kp.org



The Office of Insurance Commissioner in Washington State advises that the following activities require a producer license  Dealing directly with consumers in taking applications for insurance or giving advice and counsel relative to coverage  solicitation  negotiating with underwriters  and binding.  The following activities do not require a producer license   Taking premium payments on existing policies provided the unlicensed person does not give advice on coverage or policy issues  gathering information so that a licensed individual can finish an insurance transaction  taking claims information but not interpreting or commenting on coverage  and reception and/or clerical activities that do not involve offering advice or counsel to consumers about insurance. For more information   http //www.insurance.wa.gov/for-producers/

Kaiser Permanente complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or gender.

Language Assistance

ATENCIÓN: si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-888-901-4636 (TTY: 1-800-833-6388 / 711).

注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電 1-888-901-4636 (TTY:1-800-833-6388 / 711).