# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON,<br><br>            Plaintiff,<br><br>    v.<br><br>MYRON KREIDLER et al,<br><br>            Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO.  3:19-cv-05181-BHS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court does hereby find and ORDER as follows**:**

Defendants Myron Kreidler and Jay Inslee's Motion for Summary Judgment, Dkt. 104, is **GRANTED.**  Cedar Park's case is **DISMISSED with prejudice**.

This case is CLOSED.

Dated this 25th day of July 2023.

                                                                               <u>Ravi Subramanian      </u><br>
                                                                               Clerk

                                                                               <u>*s/Tajma Eaton*         </u><br>
                                                                               Deputy Clerk