Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON, | Civil No. 3:19-cv-05181 |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| MYRON "MIKE" KREIDLER, in his official capacity as Insurance Commissioner for the State of Washington; JAY INSLEE, in his official capacity as Governor of the State of Washington, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff Cedar Park Assembly of God of Kirkland, Washington hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment (ECF No. 119), and the final Judgment (ECF No. 120), both entered in this action on July 25, 2023.

Pursuant to Ninth Circuit Rule 3-2, attached hereto is a Representation Statement naming all parties to the appeal and their respective counsel.

Plaintiff's Notice of Appeal
3:19-cv-05181

1

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020

1  Respectfully submitted this 23rd day of August, 2023.

By: *s/Kevin H. Theriot*
Kevin H. Theriot (AZ Bar #030446)*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Facsimile:  (480) 444-0025
ktheriot@adflegal.org

David A. Cortman (GA Bar #188810)*
Alliance Defending Freedom
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville, GA 30040
Telephone: (770) 339-0774
dcortman@adflegal.org

*Attorneys for Plaintiff Cedar Park Assembly of God of Kirkland, Washington*

* Admitted *pro hac vice*

Plaintiff's Notice of Appeal
3:19-cv-05181

2

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Paul M. Crisalli
ATTORNEY GENERAL'S OFFICE
800 5th Ave
Ste 2000
Seattle, WA 98104

Marta U DeLeon
ATTORNEY GENERAL'S OFFICE
1125 Washington Street SE
Olympia, WA 98504

*Counsel for Defendants*

DATED: August 23, 2023

*s/Kevin H. Theriot*
Kevin H. Theriot

*Counsel for Plaintiff Cedar Park Assembly of God of Kirkland, Washington*

Plaintiff's Notice of Appeal
3:19-cv-05181

3

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020

## Representation Statement

**Appellant**

Cedar Park Assembly of God of Kirkland, Washington

**Counsel for Appellants:**

Kevin H. Theriot
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
ktheriot@adflegal.org

David A. Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road NE, Suite D-1100
Lawrenceville, GA 30040
(770) 339-0774
dcortman@adflegal.org

Counsel are registered for Electronic Filing in the 9th Circuit.

**Appellees**

Myron Kreidler, in his official capacity as Insurance Commissioner for State of Washington; Jay Inslee, in his official capacity as Governor of State of Washington

**Counsel for Appellees:**

Paul M. Crisalli
Assistant Attorney General
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
Paul.Crisalli@atg.wa.gov

Marta U. DeLeon
Senior Assistant Attorney General
Government Compliance & Enforcement Division
1125 Washington Street SE
Olympia, WA 98504
(360) 664-9006
Marta.Deleon@atg.wa.gov

Plaintiff's Notice of Appeal
3:19-cv-05181

4

ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, Arizona 85260
(480) 444-0020