UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CEDAR PARK ASSEMBLY OF GOD
OF KIRKLAND, WASHINGTON,

            Plaintiff(s),

v.

MYRON "MIKE" KREIDLER, et al.,

           Defendant(s).

NOTICE OF CIVIL APPEAL

Case No 3:19-cv-05181-BHS

District Court Judge
Benjamin H. Settle

Notice is hereby given that MYRON "MIKE" KREIDLER and JAY INSLEE
(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

Order (Dkt. # 119)
(Name of Order/Judgment)

entered in this action on 07/25/2023 .
(Date of Order)

Dated: 09/06/2023 .

Karl David Smith, WSBA #41988
Deputy Solicitor General
Attorney General of Washington
1125 Washington Street SE
Olympia, WA  98504-0100
(360) 664-2510

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*

/s/ Karl David Smith

Signature of Counsel for Appellant or Appellant/*Pro Se*

NOTICE OF CIVIL APPEAL - 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF | Western District of Washington (Tacoma) |

Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

U.S. District Court case number: | 3:19-cv-05181-BHS |

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 03/08/2019 |

Date of judgment or order you are appealing: | 07/25/2023 |

Docket entry number of judgment or order you are appealing: | 119 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Myron Kreidler, in his official capacity as Insurance Commissioner for the State of Washington also known as Mike Kreidler; Jay Inslee, in his official capacity as Governor of the State of Washington

Is this a cross-appeal?   ☉ Yes   ○ No

If yes, what is the first appeal case number? | 23-35560 |

Was there a previous appeal in this case?   ☉ Yes   ○ No

If yes, what is the prior appeal case number? | 20-35507 |

Your mailing address (if pro se):

City: | | State: | | Zip Code: | |

Prisoner Inmate or A Number (if applicable): | |

**Signature** | /s/ Karl David Smith | **Date** | Sep 6, 2023 |

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                                       Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Myron Kreidler, in his official capacity as Insurance Commissioner for the State of Washington also known as Mike Kreidler; Jay Inslee, in his official capacity as Governor of the State of Washington |

Name(s) of counsel (if any):

| |
|---|
| Karl David Smith; Marta DeLeon |

Address: 1125 Washington Street SE, Olympia, WA 98504-0100

Telephone number(s): (360) 664-2510; (360) 753-3168

Email(s): Karl.Smith@atg.wa.gov; Marta.DeLeon@atg.wa.gov

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Cedar Park Assembly of God of Kirkland, Washington |

Name(s) of counsel (if any):

| |
|---|
| David A. Cortman; Kevin H. Theriot |

Address: 1000 Hurricane Shoals Rd NE Suite D-1100, Lawrenceville, GA 30043;

Telephone number(s): (770) 339-0774; (480) 444-0020

Email(s): dcortman@adflegal.com; ktheriot@adflegal.org

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                         1                              New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*