UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 8 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>MYRON KREIDLER, AKA Mike Kreidler, in his official capacity as Insurance Commissioner for the State of Washington; JAY ROBERT INSLEE, in his official capacity as Governor of the State of Washington,<br><br>        Defendants-Appellees. | No.   23-35560<br><br>D.C. No. 3:19-cv-05181-BHS<br>Western District of Washington, Tacoma<br><br>ORDER |
| CEDAR PARK ASSEMBLY OF GOD OF KIRKLAND, WASHINGTON,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>MYRON KREIDLER, AKA Mike Kreidler, in his official capacity as Insurance Commissioner for the State of Washington; JAY ROBERT INSLEE, in his official capacity as Governor of the State of Washington,<br><br>        Defendants-Appellants. | No.   23-35585<br><br>D.C. No. 3:19-cv-05181-BHS |

OSA113

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The application for an exemption under Ninth Circuit Rule 46-5 (Docket Entry No. 54) is granted.